**WILLIAM E. MCCOMAS (State Bar No.: 261640**
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone:   (559) 227-1100
Facsimile:   (559) 227-1290
E-mail:   wmccomas@pascuzzi.net

Attorneys for LA ESTRELLA PANADERIA INC. dba LA ESTRELLA PANADERIA & TAQUERIA; SALVADOR SUAREZ aka SALVADOR S. CARDENAS, and ELZA SUAREZ

**TANYA E. MOORE (STATE BAR NO. 206683)**
**MOORE LAW FIRM, P.C.**
300 SOUTH FIRST STREET, STE. 342
SAN JOSE, CALIFORNIA 95113
TELEPHONE: 408-298-2000
FACSIMILE: 408-298-6046
EMAIL: TANYA@MOORELAWFIRM.COM

Attorneys for JOSE ESCOBEDO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>Plaintiff,<br><br>v.<br><br>LA ESTRELLA PANADERIA INC. DBA LA ESTRELLA PANADERIA & TAQUERIA; SALVADOR SUAREZ AKA SALVADOR S. CARDENAS, INDIVIDUALLY AND DBA LA ESTRELLA PANADERIA & TAQUERIA; ELZA SUAREZ;<br><br>Defendants. | **Case No.: 1:23-cv-00366-BAM**<br><br>[Assigned for all purposes to the Honorable Barbara A. McAuliffe]<br><br>**STIPULATION TO SET ASIDE DEFAULTS AGAINST DEFENDANTS LA ESTRELLA PANADERIA INC. DBA LA ESTRELLA PANADERIA & TAQUERIA; SALVADOR SUAREZ AKA SALVADOR S. CARDENAS, INDIVIDUALLY AND DBA LA ESTRELLA PANADERIA & TAQUERIA; ELZA SUAREZ AND TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS ; ORDER**<br><br>Complaint Filed: March 10, 2023 |

//////

/////

Plaintiff JOSE ESCOBEDO ("**Plaintiff**") and Defendants LA ESTRELLA PANADERIA INC. DBA LA ESTRELLA PANADERIA & TAQUERIA; SALVADOR SUAREZ AKA SALVADOR S. CARDENAS, INDIVIDUALLY AND DBA LA ESTRELLA PANADERIA & TAQUERIA; ELZA SUAREZ ("**Defendants**") (collectively, referred to as the "**Parties**"), submit the following Stipulation.

**RECITALS**

WHEREAS, on March 10, 2023, Plaintiff filed his Complaint (the "**Complaint**") in the above captioned action;

WHEREAS, on May 8, 2023, Defendant's La Estrella Panaderia Inc. dba La Estrella Panaderia & Taqueria Default was entered by this Court;

WHEREAS, on April 20, 2023, Defendant's SALVADOR SUAREZ AKA SALVADOR S. CARDENAS Default was entered by this Court;

WHEREAS, on April 20, 2023, Defendant's ELZA SUAREZ Default was entered by this Court;

WHEREAS, on June 6, 2023, Defendants retained counsel Pascuzzi, Pascuzzi & Stoker;

WHEREAS, it is hereby stipulated between the Parties that Defaults against Defendants are to be set aside;

WHEREAS, Eastern District Local Rule 144 permits the Parties to agree to an "initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint…without approval of the Court";

WHEREAS, the Parties have agreed to extend Defendant's time to respond to the Complaint to Wednesday July 5, 2023;

WHEREAS, this is the initial stipulated extension of time agreed to by the Parties and there have been no prior stipulations or requests for extensions of time; and,

WHEREAS, Wednesday July 5, 2023, is no more than twenty-eight days from the date of this Stipulation.

/////

**STIPULATION**

THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS: (1) Defaults against Defendants will be set aside, and (2) Defendants will have until Wednesday July 5, 2023, to respond to the Complaint.

**IT IS SO STIPULATED:**

Dated: June 7, 2023

TANYA E. MOORE

MOORE LAW FIRM, P.C.

By: */s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff JOSE ESCOBEDO


Dated: June 7, 2023

WILLIAM E. MCCOMAS

PASCUZZI, PASCUZZI & STOKER

By: */s/ William E. McComas*
William E. McComas
Attorneys for LA ESTRELLA PANADERIA INC. dba LA ESTRELLA PANADERIA & TAQUERIA; SALVADOR SUAREZ aka SALVADOR S. CARDENAS, and ELZA SUAREZ

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the stipulation to set aside the defaults entered against Defendants La Estrella Panaderia Inc. dba La Estrella Panaderia & Taqueria, Salvador Suarez aka Salvador S. Cardenas, and Elza Suarez is GRANTED. The Clerk of the Court is directed to vacate the entries of default as to Defendants La Estrella Panaderia Inc. dba La Estrella Panaderia & Taqueria, Salvador Suarez aka Salvador S. Cardenas, and Elza Suarez.

///

///

IT IS FURTHER ORDERED that Defendants La Estrella Panaderia Inc. dba La Estrella Panaderia & Taqueria, Salvador Suarez aka Salvador S. Cardenas, and Elza Suarez shall have until July 5, 2023, to respond to the Complaint.

IT IS SO ORDERED.

Dated: **June 14, 2023**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE